**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose RONDAN–VILLA, aka Javier**
**Valenzuela, Defendant—**
**Appellant.**

**No. 05–10309.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted July 24, 2006.*

Filed July 28, 2006.

George Ferko, Esq., Tucson, AZ, for Plaintiff-Appellee.

William H. Callaway, Esq., Tucson, AZ, for Defendant-Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Jose Rondan–Villa appeals from his guilty-plea conviction and the 74–month sentence imposed for illegal reentry, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291.

Rondan–Villa's challenge to his conviction is based upon a claim of ineffective assistance of counsel. We decline to consider this claim because the record is insufficiently developed to resolve it on direct review. *See United States v. Jeronimo*, 398 F.3d 1149, 1155–56 (9th Cir. 2005).

Rondan–Villa contends the district court failed to consider adequately the sentencing factors enumerated in 18 U.S.C. § 3553(a). We disagree. The district court was not required to consider potential disparities between Rondan–Villa's sentence and those for defendants sentenced under a fast-track program. *See United States v. Marcial–Santiago*, 447 F.3d 715, 717–18 (9th Cir.2006). In addi-

tion, the district court properly addressed Rondan–Villa's criminal history in considering the need to protect the public and to afford adequate deterrence to further criminal conduct, *see* 18 U.S.C. § 3553(a)(2)(B), (D), and sentenced Rondan–Villa below the range recommended by the advisory sentencing guidelines. *See United States v. Plouffe*, 436 F.3d 1062, 1063 (9th Cir.2006).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

